UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE BOSSART & RAYMOND BERRY, in pro per,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KING, a subdivision of the state of Washington,<br><br>Defendant. | CASE NO. 2:25-cv-00975-JNW<br><br>ORDER |

Plaintiffs move to vacate the Court's judgment against them as void under Federal Rule of Civil Procedure 60(b)(4). "A final judgment is 'void' for purposes of Rule 60(b)(4) only if the court that considered it lacked jurisdiction, either as to the subject matter of the dispute or over the parties to be bound, or acted in a manner inconsistent with due process of law." *United States v. Berke*, 170 F.3d 882, 883 (9th Cir. 1999). Plaintiffs challenge my appointment and argue that this Court lacks jurisdiction as a result. Citing to a House of Representatives committee report discussing the Biden Administration, they assert that all of President Joseph R. Biden's actions, including his judicial nominations, were not properly effectuated.

**ORDER** - 1

Even if this were an appropriate argument to raise at this time under Rule 60(b)(4), Plaintiffs fail to establish that this Court lacks jurisdiction. Accordingly, the Court DENIES Plaintiffs' motion to vacate judgment. Dkt. No. 37.

Dated this 17th day of December, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2