UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALICE BOSSART & RAYMOND BERRY, in pro per,

Plaintiffs,

v.

COUNTY OF KING, a subdivision of the state of Washington,

Defendant.

CASE NO. 2:25-cv-00975-JNW

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION

Plaintiffs' motion for reconsideration comes before the Court. Dkt. No. 39.

"Motions for reconsideration are disfavored," LCR 7(h)(1), and "'should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.'" *Marlyn Natraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir. 1999)). "Whether . . . to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes & Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003).

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION - 1

Plaintiffs argue that the Court misapplied the law in its order denying their previous motion to vacate judgment. *See* Dkt. No. 38. Plaintiffs have not presented newly discovered evidence, demonstrated clear error, or identified an intervening change in controlling law. And on review of the record, the Court is satisfied that it applied the correct law and did not commit legal error.

Accordingly, the motion for reconsideration is DENIED. Dkt. No. 39.

Dated this 21st day of January, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DENYING PLAINTIFFS' MOTION FOR RECONSIDERATION - 2